# First District Court of Appeal
## State of Florida

_____

No. 1D2023-3292

_____

BRIAN PAUL GOLDICH,

Petitioner,

v.

PASCO COUNTY BOCC and
COMMERCIAL RISK
MANAGEMENT, INC.,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident:  September 28, 2023.

January 24, 2024

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Petitioner.

Vanessa J. Johnson and Warren K. Sponsler of Sponsler, Johnson & Andrews, P.A., Tampa, for Respondents.